AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

Copart, Inc.
          Plaintiff (s),

V.

Lightmaker USA, Inc.
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:12-cv-02943-JAM

Notice is hereby given that, subject to approval by the court, __Copart, Inc.__ (Party (s) Name) substitutes __Curtis P. Holdsworth, Esq., Lerman Pointer & Spitz LLP__ (Name of New Attorney), State Bar No. __174080__ as counsel of record in place of __Curtis P. Holdsworth, Esq., Kohut & Kohut LLP__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Lerman Pointer & Spitz LLP |
| Address: | 12100 Wilshire Boulevard - Suite 600, Los Angeles, CA 90025 |
| Telephone: | (310) 229-9800    Facsimile  (310) 229-9804 |
| E-Mail (Optional): | choldsworth@lpslawfirm.com |

I consent to the above substitution.
Date: June 28, 2013

Paul A. Styer, Esq., General Counsel, Copart, Inc.
(Signature of Party (s))

I consent to being substituted.
Date: July 12, 2013

Kohut & Kohut LLP - Laura Kohut Hoopis
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: June 27, 2013

Lerman Pointer & Spitz LLP - Curtis P. Holdsworth
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: JULY 3, 2013

Troy L. Nunley
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]