ⓢAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | District of | California |
|---|---|---|

| | |
|---|---|
| Copart, Inc. | CONSENT ORDER GRANTING |
| Plaintiff (s). | SUBSTITUTION OF ATTORNEY |
| V. | |
| Lightmaker USA, Inc. | CASE NUMBER:   2:12-cv-02943-JAM |
| Defendant (s). | |

Notice is hereby given that. subject to approval by the court,   Copart. Inc. _____ substitutes

(Party (s) Name)

Curtis P. Holdsworth, Esq.. Lerman Pointer & Spitz LLP _____ . State Bar No.   174080 _____ as counsel of record in

(Name of New Attorney)

place of    Curtis P. Holdsworth, Esq., Kohut & Kohut LLP _____ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Lerman Pointer & Spitz LLP |
| Address: | 12100 Wilshire Boulevard - Suite 600, Los Angeles. CA 90025 |
| Telephone: | (310) 229-9800      Facsimile   (310) 229-9804 |
| E-Mail (Optional): | choldsworth@lpslawfirm.com |

I consent to the above substitution.

Date:    June 28. 2013

Paul A. Styer, Esq., General Counsel / Copart, Inc.

(Signature of Party (s))

I consent to being substituted.

Date:    June 12. 2013

Kohut & Kohut LLP - **Laura Kohut Hoopis**

Signature of Former Attorney (s)

I consent to the above substitution.

Date:    June 27. 2013

Lerman Pointer & Spitz LLP - Curtis P. Holdsworth

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    JULY 3, 2013

Troy L. Nunley
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]