UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| COPART, INC., | No. 2:12-cv-2943 TLN CKD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| LIGHTMAKER USA, INC., | |
| Defendant. | |

Calendared for hearing on September 24, 2014 is plaintiff's motion to compel. The parties have filed a joint statement re: discovery disagreement. Upon review of the statement, it appears that defendant has agreed to produce responsive documents and provide supplemental responses no later than September 17, 2014. It appears, therefore, that most, if not all, of the discovery dispute may be resolved prior to the hearing.

Accordingly, IT IS HEREBY ORDERED that no later than September 19, 2014, plaintiff shall file a supplemental statement specifically identifying which discovery issues are still in dispute.

Dated: September 17, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 copart.fb