UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC., | No. 2:12-cv-2943 TLN CKD |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| LIGHTMAKER USA, INC., | |
| Defendant. | |

Calendared for hearing on October 15, 2014 are defendant's motions to quash subpoenas served on non-parties Admiral Insurance Company and Crump Insurance Services.  The subpoenas at issue call for production of documents in New Jersey (Admiral) and Florida (Crump).  <u>See</u> ECF Nos. 31 at p. 84; ECF No. 30 at p. 81.  Under Federal Rule of Civil Procedure 45(d)(3), a motion to quash must be brought in the district where compliance is required.  The motions to quash were therefore erroneously noticed for hearing in the Eastern District of California.

Accordingly, IT IS HEREBY ORDERED that;

1. The October 15, 2014 hearing on the motions to quash is vacated; and

/////

/////

/////

1

2. The motions to quash (ECF No. 30, 31) are denied without prejudice to their renewal in the proper venue.

Dated: October 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 copart.qua

2