UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COPART, INC.,

        Plaintiff,

   v.

LIGHTMAKER USA, INC.,

        Defendant.

No.  2:12-cv-2943 TLN CKD

ORDER

     Plaintiff's motion to compel came on regularly for hearing on January 21, 2015. Curtis Holdsworth appeared telephonically for plaintiff.  Kevin Ortiz appeared for defendant.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, upon review of a document submitted for <u>in camera</u> review, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

     1.  No later than February 4, 2015, defendant shall produce electronically stored information responsive to document request nos. 29 and 94.  Source code responsive to the requests shall be produced in native format.

     2.  Defendant has provided a revised privilege log; plaintiff makes no further objection to the revised privilege log for the documents described therein.  The court finds that the document submitted for <u>in camera</u> review has been properly withheld under the court's September 26, 2014 order.

3. The court reminds the parties that resolution of discovery disputes is available under the informal procedures set forth on the undersigned's court website.

Dated: January 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 copart.2.oah