**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Chad S. Tapp, SBN 214898
Christopher M. Egan, SBN 232301
Kevin M. Kreutz, SBN 264654
*Kevin M. Ortiz, SBN 296615*
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
LIGHTMAKER USA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC., | Case No.: 2:12-CV-02943-TLN-CKDx |
| | Assigned for All Purposes to: |
| Plaintiff, | The Hon. Troy L. Nunley |
| | Assigned for Discovery Purposes to: |
| v. | The Hon. Carolyn K. Delaney |
| LIGHTMAKER USA, INC., | **STIPULATION AND ORDER THEREON TO AMEND SCHEDULING ORDER** |
| Defendant. _____/ | Complaint Filed:   December 4, 2012 |
| | Discovery Cutoff:   October 29, 2015 |
| AND RELATED COUNTER-CLAIM. | Pretrial Conf.:   June 16, 2016 |
| _____/ | Trial:   August 15, 2016 |

Plaintiff/Counter-defendant COPART, INC. ("Copart") and Defendant/Counter-claimant LIGHTMAKER USA, INC. ("Lightmaker"), by and through their respective attorneys of record, and pursuant to USDC EDCA Local Rules 143 and 144(d) and FRCP 16(b), hereby stipulate and agree as follows:

**WHEREAS**, on or about June 12, 2014, this Court, pursuant to the Federal Rule of Civil Procedure ("FRCP") 16(b) and the FRCP 26(f) Conference Statement of the parties, issued a Scheduling Order setting the case for trial and establishing an initial February 8, 2016 trial date;

1  **WHEREAS**, this is a complex case involving multiple claims and counter-claims, dozens of potential fact witnesses and experts, and which will require each side to spend significant time analyzing a voluminous amount of information before trial, including computer source code and other electronic materials;

**WHEREAS**, due to the complexity of the case and extensive discovery and voluminous document production involved, on December 31, 2014 the Court issued an Amended Pretrial Scheduling Order which extended various pretrial deadlines and reset the trial date to April 25, 2016;

**WHEREAS**, the parties participated in a formal mediation at Judicate West in San Francisco on May 4, 2015, which was conducted by The Honorable John (Leo) Wagner (Ret.). Although the case was not settled during the May 4, 2015 mediation, the parties agreed that certain percipient depositions might further their settlement dialogue;

**WHEREAS**, four key fact depositions were taken in Dallas, Texas and San Francisco, California, and Copart's 30(b)(6) witnesses are expected to testify in October 2015;

**WHEREAS**, Copart has issued a formal settlement demand which will be accepted, rejected, or expire once Copart's 30(b)(6) deposition has been taken;

**WHEREAS**, the Amended Pretrial Scheduling Order includes an October 29, 2015 discovery cut-off and a December 10, 2015 deadline for initial expert disclosures;

**WHEREAS**, the parties have acted with diligence in trying to adhere to the current pretrial deadlines but are making this request to the Court for modification of the current scheduling order to allow the parties' settlement dialogue to run its course before undertaking further depositions and expert discovery; and

**WHEREAS,** there have been two previous requests that the Court amend the scheduling order to extend the fact discovery deadline, expert disclosure deadline, and dispositive motion deadline; the parties made one prior request that the Court continue the trial date.

**NOW THEREFORE**, the parties, through their respective counsel, jointly propose and stipulate to the following:

The deadlines in the Amended Pretrial Scheduling Order previously set forth by the Court

shall be revised as follows, or set on such other dates as the Court determines:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cut-Off Date | October 29, 2015 | January 21, 2016 |
| Expert Disclosures and Reports | December 10, 2015 | March 10, 2016 |
| Rebuttal Expert Disclosures | December 30, 2015 | March 30, 2016 |
| Dispositive Motion Hearing Cut-Off | March 10, 2016 | May 19, 2016 |
| Joint Final Pre-Trial Conference Statement | June 9, 2016 | August 18, 2016 |
| Final Pre-Trial Conference | June 16, 2016 | August 25, 2016 |
| Jury Trial | August 15, 2016 | October 24, 2016 |

IT IS FURTHER STIPULATED and AGREED between the parties that all other provisions of the Amended Pre-Trial Scheduling Order of December 31, 2014 shall remain in effect. This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be valid as an original signature.

IT IS SO STIPULATED.

DATED: September 25, 2015   LERMAN POINTER & SPITZ LLP

By:/s/ *Curtis P. Holdsworth* (as authorized on 9-24-15)
    CURTIS P. HOLDSWORTH, ESQ.
    Attorneys for Plaintiff/Counter-Defendant
    COPART, INC.

DATED:  September 25, 2015   PORTER SCOTT
A PROFESSIONAL CORPORATION

By: /s/ *Kevin M. Kreutz* (as authorized on 9-24-15)
    KEVIN M. KREUTZ, ESQ.
    Attorneys for Defendant/Counter-Claimant
    LIGHTMAKER USA, INC.

# ORDER

**FOR GOOD CAUSE SHOWN,** and pursuant to the Stipulation of the parties, the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| Event | Date Per Current Scheduling Order | Extended Date Per Amended Scheduling Order |
|---|---|---|
| Fact Discovery Cut-Off Date | October 29, 2015 | **January 21, 2016** |
| Expert Disclosures and Reports: | December 10, 2015 | **March 10, 2016** |
| Rebuttal Expert Disclosures | December 30, 2015 | **March 30, 2016** |
| Dispositive Motion Hearing Cut-Off | March 10, 2016 | **May 19, 2016** |
| Joint Final Pre-Trial Conference Statement | June 9, 2016 | **August 18, 2016** |
| Final Pre-Trial Conference | June 16, 2016 | **August 25, 2016, at 2:00 p.m.** |
| Jury Trial | August 15, 2016 | **October 24, 2016, at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated: September 25, 2015

_____
Troy L. Nunley
United States District Judge